## Kemmerer Iron & Steel Company *v.* Bittenbender, Appellant.

*Appeals—Arbitration—Referee's findings of facts.*

A referee's findings of fact confirmed by the court below and based upon sufficient evidence will not be reversed by the appellate court in the absence of manifest error.

Argued Feb. 22, 1911. Appeal, No. 355, Jan. T., 1910, by defendant, from order of C. P. Lackawanna Co., Sept. Term, 1907, No. 1520, dismissing exceptions to referee's report in case of Kemmerer Iron & Steel Company v. W. E. Bittenbender et al. Before MESTREZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

Exceptions to report of William Leach, Esq., referee.

*Errors assigned* were in dismissing exceptions to referee's report.

*Samuel B. Price,* with him *Cole B. Pierce* and *W. W. Baylor,* for appellants.

*R. L. Levy,* with him *John P. Kelly, C. P. O'Malley* and *George D. Taylor,* for appellee.

PER CURIAM, March 20, 1911:

As suggested by the learned counsel for the appellants, the crucial question in the case is whether the $9,000 of bonds issued by the appellee company were purchased

by the appellants or were taken as collateral security for the indebtedness of the appellee to the appellants. The referee found that the bonds in question were sold and not pledged to the appellants. The finding of the referee was confirmed by the court below. After a careful consideration of the case, we find sufficient evidence before the referee to warrant his finding and having been approved by the court, it will not be disturbed.

Judgment affirmed.